IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOMAS RODRIGUEZ,

    Plaintiff,

v.                                     16-cv-01150-RB-WPL

GEICO INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Motion of the Defendant GEICO Insurance Company, for a Dismissal with Prejudice, of all claims that were set forth or which could have been set forth against Defendant GEICO Insurance Company and the Court having considered said Motion, and noting the concurrence of counsel, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims against GEICO Insurance Company which were set forth in the Complaint, or which could have been set forth in the Complaint are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party be responsible for their own costs and attorneys' fees.

                                                        */s/ Robert Brack*
                                            THE HONORABLE ROBERT C. BRACK
                                            UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Stephen M. Simone         `
Attorney for GEICO in the Contractual Claim

/s/ Michael G. Duran, via email 5-8-17
Michael G. Duran
Keller & Keller
Attorney for Plaintiff

/s/
Meloney Perry
Stacy Thompson
Perry Law, P.C.
Attorneys for GEICO in the Extracontractual Claim